IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT M. ALLEN FAMILY PARTNERSHIP, | |
|---|---|
| Plaintiff, | 8:18-CV-212 |
| vs. | ORDER |
| SPECIALTY RETAILERS INC., a Texas Corporation, | |
| Defendant. | |

This matter is before the Court on the defendant's notice of removal (filing 1). The defendant represents that the parties' dispute presents a core proceeding in *In re Gordmans Stores, Inc.*, case no. 17-80304, in the U.S. Bankruptcy Court for the District of Nebraska. Filing 1 at 1. The defendant suggests that this case should be referred to the Bankruptcy Court. Filing 1 at 3. Counsel for the plaintiff has today advised the Court that the plaintiff agrees the matter should be referred to the Bankruptcy Court. Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes.

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically,

the Court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 24th day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge