IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT M. ALLEN FAMILY PARTNERSHIP, | |
| Plaintiff, | 8:18-CV-212 |
| vs. | ORDER NUNC PRO TUNC |
| SPECIALTY RETAILERS INC., a Texas Corporation, | |
| Defendant. | |

This matter is before the Court on the defendant's notice of removal (filing 1). The defendant represents that the parties' dispute presents a core proceeding in *In re Gordmans Stores, Inc.*, case no. 17-80304, in the U.S. Bankruptcy Court for the District of Nebraska. Filing 1 at 1. The defendant suggests that this case should be referred to the Bankruptcy Court. Filing 1 at 3. The Court agrees that reference to the Bankruptcy Court is appropriate at this point.[1] Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska.

---

[1] It is the Court's understanding that the plaintiff may seek to have the reference to bankruptcy court withdrawn, *see* NECivR 1.5(b), and/or move for a remand to state court, *see* 28 U.S.C. § 1452(b). Those matters may be raised before the bankruptcy court for either disposition by that court or a report and recommendation to this Court, as appropriate.

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes.

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the Court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

4. The Clerk of the United States District Court for the District of Nebraska shall provide a copy of this order nunc pro tunc to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 24th day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge